UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN ALCANTARA, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

GOLDEN WOK RC, INC. (d/b/a GOLDEN WOK CHINESE RESTAURANT), GOLDEN WOK TTR INC. (d/b/a GOLDEN WOK CHINESE RESTAURANT), and SUSAN CHEN,

                *Defendants.*
-------------------------------------------------------------------X

Index No. 16-cv-1421 (PK)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for Plaintiffs and Defendants, that the Complaint and any and all claims that were or could have been asserted in this action by Plaintiffs against Defendants are hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees. The Court shall continue to maintain jurisdiction over the Settlement Agreement and any action, motion, or other proceeding to enforce its terms.

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C. | HANG & ASSOCIATES, PLLC |
| By: *(signature)* <br> Joshua Androphy <br> 60 East 42nd Street <br> Suite 2540 <br> New York, New York 10165 <br> (212) 317-1200 | By: *(signature)* <br> Jian Hang <br> 136-18 39th Avenue, Suite 1003 <br> Flushing, New York 11354 <br> ((718) 353-8588 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

Dated: February 23, 2017                    Dated: February 23, 2017

SO ORDERED:        _____*Peggy Kuo*_____
                   HON. PEGGY KUO, U.S.M.J.